IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustine F. Soto,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joe Arpaio; Maricopa County Board of Supervisors,<br><br>　　　　Defendants. | No. CV 05-2314 PHX NVW<br><br>**ORDER** |

Before the court is Plaintiff's *pro se* Civil Rights Complaint by a Prisoner pursuant to 42 U.S.C. § 1983 (doc. #1). On March 1, 2006, United States Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R & R") (doc. #6) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the complaint be dismissed. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Mark E. Aspey (doc. #6).

IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint by a Prisoner pursuant to 42 U.S.C. § 1983 (doc. #1) is dismissed without prejudice.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2 accordingly and terminate this action.
3    DATED this 28th day of March 2006.

_____
Neil V. Wake
United States District Judge